Thomas S. Slovak (SBN 062815)
E-mail: nadell@sbelawyers.com;
Brent S. Clemmer (SBN 179722)
E-mail: clemmer@sbelawyers.com
**SLOVAK, BARON & EMPEY, LLP**
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262
Telephone: (760) 322-2275 / Facsimile: (760) 322-2107

JS-6

Attorneys for Plaintiff DESERT COMMERCIAL BANK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DESERT COMMERCIAL BANK, a State Chartered Bank,<br><br>Plaintiff,<br><br>v.<br><br>CORIE K. BLOUNT, an individual; NICOLE BLOUNT, an individual;<br><br>Defendants. | CASE NO.: EDCV 08- 00279 VAP (JCRx)<br><br>[Hon. Virginia A. Phillips, Judge Courtroom 2]<br><br>[Complaint filed: March 3, 2008]<br><br>**STIPULATED FINAL JUDGMENT**<br><br>Date:   September 15, 2008<br>Time:   10:00 a.m.<br>Dept.:  Courtroom 2 |

In the above entitled cause, Plaintiff Desert Commercial Bank and Defendants Corie K. Blount and Nicole Blount having stipulated that judgment be entered against Defendants Corie K. Blount and Nicole Blount, jointly and severally, and in favor of Plaintiff Desert Commercial Bank,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

///

///

---

1

**[PROPOSED]  STIPULATED FINAL JUDGMENT**

1        1.     Judgment is entered in favor of Plaintiff Desert Commercial Bank and against Defendants Corie K. Blount and Nicole Blount, jointly and severally, in the sum of $1,119,213.20.

Dated: September 12, 2008       _____
                                  Hon. Virginia A. Phillips
                                  Judge United States District Court

**[PROPOSED] STIPULATED FINAL JUDGMENT**

# PROOF OF SERVICE

## STATE OF CALIFORNIA COUNTY OF RIVERSIDE

I, the undersigned, am employed in the County of Riverside, California, am over the age of 18 years and not a party to this lawsuit.  My business address is 1800 East Tahquitz Canyon., Palm Springs, California 92262.  On September 12, 2008, I served or caused to be served the foregoing document described as:  **[PROPOSED] STIPULATED FINAL JUDGMENT**

on all interested parties in this action as follows:

| Rodey W. Bell, Esq. **Chang & Coté, LLP** 19138 Walnut Drive, Suite 100 Rowland Heights, California 91748 Tel: (626) 854-2112  Ext. 108 Fax: (626) 854-2120 rbell@changcote.com | Raul B. Garcia, Esq. **LAW OFFICES OF RAUL B. GARCIA** **111 East State Street, Suite 201** Redlands, CA 92415 Tel: (909) 747-0380 Fax: (909)747-0383 raul@raulbgarcia.com |
|---|---|

(X)  **BY EMAIL:**
   I served via electronic email to the following Email addresses: rbell@changcote.com and raul@raulbgarcia.com

(X)  **BY FACSIMILE:**
   I transmitted such document by facsimile from Palm Springs, California, to the facsimile machine maintained by the above person(s) at Fax: (626) 854-2120 and Fax: (909)747-0383 as last indicated by that person on a document that he or she has filed in the above-entitled cause and served on this party.

   I declare under penalty of perjury under the laws of the United States of America and State of California that the above is true and correct.

   Executed on September 12, 2008         at Palm Springs, California.

_____
ERIKA M. GARDUNO

---

3
**[PROPOSED]  STIPULATED FINAL JUDGMENT**